Jessica B. Coffield (SBN 274122)
jbcoffield@ww.law
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:  (949) 475-9203

Attorneys for Defendant
CENLAR FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEYA KANAGARATNAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENLAR FSB,<br><br>　　　　Defendants. | Case No.: 3:23-cv-02637-JD<br><br>*Assigned to the Hon. James Donato*<br><br>**DEFENDANT CENLAR FSB'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS COMPLAINT**<br><br>Date:　　　July 6, 2023<br>Time:　　　10:00 a.m.<br>Courtroom:　11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　PLEASE TAKE NOTICE that Defendant Cenlar FSB hereby withdraws its 12(b)(6) Motion to Dismiss the original Complaint of Plaintiff Theya Kanagaratnam, filed on April 24, 2023 (Dkt. 1), which is presently set for hearing on July 6, 2023. On May 31, 2023, Plaintiff filed an amended complaint (Dkt. 11), followed by a purported corrected filing of the amended complaint on June 5, 2023 (Dkt. 12), thereby rendering Defendant's pending Motion to Dismiss moot.

DATED:  June 14, 2023　　　　　　　　WOLFE & WYMAN LLP

　　　　　　　　　　　　　　　　　　By: *Jessica Coffield*
　　　　　　　　　　　　　　　　　　　　JESSICA B. COFFIELD
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　**CENLAR FSB**