Theya Kanagaratnam
2316 Lakeshore Avenue, #16
Oakland, CA 94606
313-487-6206
theyak101@yahoo.com
Pro Se Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Theya Kanagaratnam, | Case No.  3:23-cv-02637-JD |
| Plaintiff, | |
| vs. | **NOTICE OF FILING OF CHAPTER 13 BANKRUPTCY** |
| CENLAR FSB, | |
| Defendant. | |

**TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

Plaintiff, Theya Kanagaratnam, hereby respectfully notices the court to stay proceedings in this case pending the resolution of the Chapter 13 Bankruptcy Case No. 23-40702 (EXHIBIT A) filed by Plaintiff on June 15, 2023.

Date:  June 26, 2023                         Respectfully Submitted,

*/s/ Theya Kanaga[signature]*

Theya Kanagaratnam

Pro Se Plaintiff

- 1 -

# EXHIBIT A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of California

Case number (if known): _____    **23-40702**

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

FILED
JUN 15 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy     12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | First name: **Theya**<br>Middle name: **Prakashini**<br>Last name: **Kanagaratnam**<br>Suffix (Sr., Jr., II, III): | First name:<br>Middle name:<br>Last name:<br>Suffix (Sr., Jr., II, III): |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name:<br>Middle name:<br>Last name:<br>First name:<br>Middle name:<br>Last name:<br>Business name (if applicable):<br>Business name (if applicable): | First name:<br>Middle name:<br>Last name:<br>First name:<br>Middle name:<br>Last name:<br>Business name (if applicable):<br>Business name (if applicable): |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – **3 6 9 5**<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Official Form 101                Voluntary Petition for Individuals Filing for Bankruptcy                page 1

## CERTIFICATION OF SERVICE

I hereby certify that on the 26th day of June, 2023, I served a copy of the foregoing Notice to be filed in the United States District Court for the Northern District of California by USPS mail on the following party:

Jessica B. Coffield
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814

**Attorney for Defendant**
**CENLAR FSB**

_____
Theya Kanagaratnam