Theya Kanagaratnam
2316 Lakeshore Avenue, #16
Oakland, CA 94606
313-487-6206
theyak101@yahoo.com
Pro Se Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theya Kanagaratnam, | Case No.   3:23-cv-02637-JD |
| Plaintiff, | |
| vs. | **MOTION REQUESTING TIME TO FILE RESPONSE** |
| CENLAR FSB, | |
| Defendant. | |

**TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

1. Plaintiff, Theya Kanagaratnam, hereby respectably requests an extension of time to file opposition to the Defendant's motion to dismiss Plaintiff's complaint.

2. The above referenced document is currently due on June 28, 2023. This is necessary because Plaintiff is a Pro Se litigant, and Plaintiff needs more time:

   1. For research.
   2. To Schedule an appointment with Pro Se Clinic.
   3. To prepare for discovery Per 26 FRCP,

- 1 -

    4. To obtain more evidence from phone carrier regarding calls received from Defendant in 2021

    5. To write the document as she is working long hours to make ends meet.

3. Plaintiff has not received any prior extensions in this case

4. Therefore, Plaintiff asks the court to grant an additional 21 days to file the document listed above.

Date: June 28, 2023　　　　　　　　　　　Respectfully Submitted,

*Theya Kanagar* (signature)

Theya Kanagaratnam

Pro Se Plaintiff

Theya Kanagaratnam
2316 Lakeshore Avenue, #16
Oakland, CA 94606
313-487-6206
theyak101@yahoo.com
Pro Se Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Theya Kanagaratnam,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CENLAR FSB,<br><br>　　　　　Defendant. | Case No.　3:23-cv-02637-JD<br><br>**(PROPOSED) ORDER GRANTING REQUEST FOR EXTENSION** |

**TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:**

　Having considered Plaintiff's request, IT IS HEREBY ORDERED, that the request for extension of time is GRANTED.  Plaintiff has \_\_\_\_\_ days from the date of this order to file

_____

_____

Dated: _____　　　　　　　　Signed: _____

　　　　　　　　　　　　　　　　　　　　　　Hon. Judge James Donato

- 1 -