1 | Your name: _____
2 | Address: _____
3 | _____
4 | Phone Number: _____
5 | E-mail Address: _____
6 | Pro se
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

| | |
|---|---|
| _____ | Case Number: _____ |
| _____ | **ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON** *[motion to be heard]* |
| Plaintiff, | |
| vs. | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | |
| _____ | |
| _____ | Judge: Hon. _____ |
| Defendant. | |

1. The hearing on the *[title of motion]* _____
_____
is currently scheduled for *[date]* _____

2. I respectfully request that the Court move the hearing to the following date, or another at the Court's convenience, *[date, same day of the week as the currently scheduled hearing]* _____

MOTION TO RESCHEDULE HEARING ON _____
CASE NO. _____; PAGE ____ OF 3 [*JDC TEMPLATE Rev.2017*]

3. I have *[check box that applies]*:

    ☐ not already asked the Court to change this hearing date.

    ☐ already asked the Court to change this hearing date.

4. This change is necessary because *[explain; inconvenience is NOT a valid reason]*:

_____
_____
_____
_____
_____
_____
_____

5. I believe changing this deadline *[check one]*:

    ☐ will not affect any other deadlines.

    ☐ may affect these other deadlines and dates *[list anything else that may need to be rescheduled]*:

_____
_____
_____

6. The opposing side *[check box that applies and explain]*:

    ☐ has agreed to this change.

    ☐ has not agreed. I tried to obtain the opposing party's agreement to this change, but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

_____
_____
_____
_____
_____

MOTION TO RESCHEDULE HEARING ON _____
CASE NO. _____; PAGE ___ OF 3 [*JDC TEMPLATE Rev.2017*]

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: _____   Signature: *[signature]*

Printed name: _____

Pro Se

[*Do not write below this line*]

Good cause appearing, the motion is GRANTED. The hearing is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Date: _____   *[Judge's signature]* _____

*[Judge's name]* _____
United States District/Magistrate Judge

MOTION TO RESCHEDULE HEARING ON _____
CASE NO. _____; PAGE ___ OF 3 [*JDC TEMPLATE Rev.2017*]