1 | Your name: _____
2 | Address: _____
3 | _____
4 | Phone Number: _____
5 | E-mail Address: _____
6 | Pro se
7 |
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | Division *[check one]*: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka
11 |
12 | _____ ) Case Number: _____
13 | _____ ) *[Name]* _____
14 | Plaintiff,             ) **NOTICE OF CHANGE OF** *[check box]*:
15 | vs.                    ) ☐ **ADDRESS**
16 | _____ ) ☐ **PHONE NUMBER**
17 | _____ ) ☐ **EMAIL**
18 | _____ ) **Judge:** Hon. _____
19 | Defendant.             )

20 | As of *[date of change]* _____,
21 | my contact information has changed *[check box and fill in]*:
22 | ☐ Address: _____
23 | _____
24 | ☐ Phone number: _____
25 | ☐ Email: _____
26 | Date: _____ Signature: *Theyy Kanagah* (signature)
27 | Printed name: _____
28 | Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. _____; PAGE 1 OF 1 [*JDC TEMPLATE Rev.6/2017*]