Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California state

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Theya Kanagaratnam,<br>            Plaintiff,<br><br>       vs.<br><br>Cenlar FSB<br><br>            Defendant.<br>_____/ | Case Account/Case # 3:23-cv-02637-JD<br><br>**Pendency of Action**<br>(**Lis Pendens**) |

   Notice is given that the above-entitled action was filed in the above-entitled court on May 26, 2023, by Theya Kanagaratnam, plaintiff, against Cenlar FSB, defendant. The action affects title to specific real property or the right to possession of specific real property identified in the complaint in the action.

   The specific real property affected by the action is located in Alameda County, California, and is described as follows: See Exhibit A attached herein and made a part of this notice.

Dated 10/6/2023    .

                                                            _____
                                                            Theya Kanagaratnam

# Exhibit A

**APN:**                              023-0415-036

**Legal Property Description:**

Land Situated in the City of Oakland in the County of Alameda in the State of CA

PARCEL ONE:

AN UNDIVIDED 4.2% INTEREST AS TENANT IN COMMON IN AND TO TRACT 4135, FILED APRIL 2, 1979, IN BOOK 110, PAGE 5, OF MAPS, ALAMEDA COUNTY RECORDS.

EXCEPTING THEREFROM, UNIT 1 TO 16, BUILDING 2316 AND UNITS 1 TO 6, BUILDING 2324, AS SHOWN ON THE CONDOMINIUM PLAN ATTACHED AS EXHIBIT D TO THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS TO TRACT MAP 4135, REFERRED TO IN PARCEL ONE, A CONDOMINIUM PROJECT, RECORDED APRIL 4, 1979, SERIES NC. 79-062227, OFFICIAL RECORDS.

ALSO EXCEPTING THEREFROM, EASEMENTS FOR PARKING AREAS AND STORAGE AREAS AS SHOWN ON THE CONDOMINIUM PLAN REFERRED TO IN PARCEL ONE.

PARCEL TWO:

UNIT 16, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN.

PARCEL THREE:

AN EXCLUSIVE EASEMENT TO USE PARKING AREA NO. P-6, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN.

PARCEL FOUR:

AN EXCLUSIVE EASEMENT TO USE STORAGE SPACE NO. S-16, BUILDING 2316, AS SHOWN ON SAID CONDOMINIUM PLAN.

Commonly known as: 2316 Lakeshore Ave Apt 16, Oakland, CA 94606