RECORDING REQUESTED BY:

Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California state

AND WHEN RECORDED MAIL TO:

Theya Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California state

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No. 3:23-cv-02637-JD

Theya Kanagaratnam,

        Plaintiff,

v.

Cenlar FSB

        Defendants.

## NOTICE OF PENDENCY OF ACTION

Notice is given that the above-numbered action was filed in the above-entitled court on May 26, 2023 by Theya Kanagaratnam, Plaintiff, against Cenlar FSB, an ens legis being used to conceal fraud, a Business Entity, Defendant. The action affects title to specific real property and the right to possession of specific real property identified in the Complaint.

The specific real property affected by the action is located in Alameda County, California, and is described as follows:

2316 Lakeshore Avenue, #16 Oakland, California state

October 06, 2023

_____
Theya Kanagaratnam

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## ACKNOWLEDGMENT (NOTARY)

State of California        }
County of_____          }

*See Attached*

Subscribed and sworn to before me this_____ day of_____, 2023

_____                    [Seal]
Notary Public


The above titled NOTICE OF PENDENCY OF ACTION has been reviewed and approved this October____, 2023

_____
United States District Court Judge's Signature

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Alameda_____ )

On __October 6, 2023__ before me, __Rajiv Kumar Sharma, Notary Public__
(insert name and title of the officer)

personally appeared ____Theya Kanagaratmam_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (Seal)

RAJIV KUMAR SHARMA
COMM. # 2337303
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. NOV. 13, 2024