Kelly Andrew Beall (SBN 162446)
kabeall@ww.law
WOLFE & WYMAN LLP
2212 Dupont Drive
Irvine, California 92612-1525
Telephone:  (949) 475-9200
Facsimile:  (949) 475-9203

Attorneys for Defendant
CENLAR FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEYA KANAGARATNAM,<br><br>    Plaintiff,<br><br>  v.<br><br>CENLAR FSB,<br><br>    Defendants. | Case No.: 3:23-cv-02637-JD<br><br>Hon. James Donato<br>Courtroom 11<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY; DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that effective immediately, the handling attorney on this matter for WOLFE & WYMAN LLP will be Kelly Andrew Beall, Esq., as stated above.  Mr. Beall shall be the lead attorney and designated as the counsel for service in this matter.

Please update your service list, and direct all future pleadings, correspondence any inquiries to Mr. Beall concerning Defendant CENLAR FSB and/or this matter, in according with the contact information referenced above.

DATED:  February 23, 2024         WOLFE & WYMAN LLP

                                  By */s/ Kelly Andrew Beall*
                                       KELLY ANDREW BEALL
                                  Attorneys for Defendant
                                  **CENLAR FSB**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA** )
                         ) ss.
**COUNTY OF ORANGE**     )

I, Kathy Hagmaier, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business and e-mail addresses are as follows: 2212 Dupont Drive, Irvine, California 92612; kahagmaier@ww.law.

On February 23, 2024, I served the document(s) described as NOTICE OF CHANGE OF HANDLING ATTORNEY; DESIGNATION OF COUNSEL FOR SERVICE on all interested parties as follows:

☒   **BY MAIL** as stated on the ATTACHED SERVICE LIST as follows:

☐   **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒   **FEDERAL** – I deposited such envelope in the U.S. Mail at Sacramento, California, with postage thereon fully prepaid.

☒   **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office**.**

☐   **STATE**       I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   **FEDERAL**     I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on February 23, 2024 , at Irvine, California.

Kathy Hagmaier

4834150.1

**SERVICE LIST**
**[USDC – Northern District  Case No.: 3:23-cv-02637-JD**
**[Kanagaratnam v. Cenlar FSB]**
**W&W File No. 1758-126**
**[Revised: February 23, 2024]**

| | |
|---|---|
| Theya Kanagaratnam<br>2316 Lakeshore Ave., #16<br>Oakland, CA 94606 | *Plaintiff, in Pro Per*<br><br>Tel: (510) 356-5776<br><br>E-mail: theyak101@yahoo.com |