## NON-NEGOTIABLE NOTICE OF ACCPTANCE

Notice Date: Day: Twenty-eight Month: Eight Year: 2025 CE



Cuong M. Nguyen
Attorney at Law
Wolfe & Wyman LLP
1310 H Street
Sacramento, California 95814-2737

In reply to: "**Cenlar FSB / WW 1758-126** From: Cuong M. Nguyen Date: Monday, August 25, 2024 at 3:04 PM PDT Cuong M. Nguyen, Attorney at Law, WOLFE & WYMAN LLP 1310 H Street Sacramento, California 95814-2737 Notice_of_Entry_of_Dismissal & POS F 6.06.24.pdf, FILED ALAMEDA COUNTY JUN 06 2024 CLERK OF THE SUPERIOR COURT"

**PLEASE TAKE NOTICE** that I, Theya Prakashini Kanagaratnam, a sentient moral being accept your Presentment "**Cenlar FSB / WW 1758-126** From: Cuong M. Nguyen Date: Monday, August 25, 2024 at 3:04 PM PDT Cuong M. Nguyen, Attorney at Law, WOLFE & WYMAN LLP 1310 H Street Sacramento, California 95814-2737 Notice_of_Entry_of_Dismissal & POS F 6.06.24.pdf, FILED ALAMEDA COUNTY JUN 06 2024 CLERK OF THE SUPERIOR COURT" and return your offer herein attached to you.

I indicate my acceptance of your offer by my signature and date.

- I do not argue the facts, jurisdiction, law, or venue;
- I request you close Account 4774041794 and issue the order of the court to me immediately;
- I request you adjust and set-off all public charges by the exemption in accord with Public Policy;
- I request discharge.

Please respond within three (3) days from the date you receive this NON-NEGOTIABLE NOTICE OF ACCEPTANCE. Dishonor may result if you fail to respond.

Sincerely,

*Theya Prakashini Kanagaratnam*
Theya Prakashini Kanagaratnam
c/o 2316 Lakeshore Avenue, 16
Oakland, California

Attachment: "**Cenlar FSB / WW 1758-126** From: Cuong M. Nguyen Date: Monday, August 25, 2024 at 3:04 PM PDT Cuong M. Nguyen, Attorney at Law, WOLFE & WYMAN LLP 1310 H Street Sacramento, California 95814-2737 Notice_of_Entry_of_Dismissal & POS F 6.06.24.pdf, FILED ALAMEDA COUNTY JUN 06 2024 CLERK OF THE SUPERIOR COURT"

cc: David Schneider, Chief Financial Officer, CENLAR, 425 Phillips Boulevard. Ewing, New Jersey 08618
cc: Honorable James Donato, Judge, San Francisco Courthouse, Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102