Mr. Kenneth Oliver Owens SR. # BAH6268
Sierra Conservation Center
5150 O'Byrnes Ferry Road
James Town Calif. 95327

SIERRA CONSERVATION CENTER
CA STATE PRISON GENERATED MAIL

RECEIVED
SEP 22 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

pro se

AUG 2 6 2025

Confidential
LEGAL MAIL

Att: Clerk of Thee Court
Att: Your Honorable James Donato
Phillip Burton Federal Bld. U.S. Courthouse
450 Golden Gate Ave. San Francisco
California 94102

FWD
94102>999



8-25-25

16918