Theya Prakashini Kanagaratnam
c/o 2316 Lakeshore Avenue, #16
Oakland, California

Retail



U.S. POSTAGE PAID
FCM LG ENV
BERKELEY, CA 94702
SEP 27, 2025

94102

$4.44

RDC 99

S2324N504632-09



INSPECTED BY
SEP 2 9 2025
U.S. MARSHALS SERVICE

**RECEIVED**

SEP 2 9 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark B. Busby, Clerk of Court
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

