Theya Kanagaratnam (Pro Se)
c/o 2316 Lakeshore Avenue, #16
Oakland, California
Phone: 510-356-5776
e-Mail: theyak101@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Theya Kanagaratnam,

             Plaintiff,

    vs.

Cenlar FSB,

             Defendant.

**Case No.  3:23-cv-02637-JD**

**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO ADD TELEPHONE CONSUMER PROTECTION ACT (TCPA) AND ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA) TO SECOND AMENDED COMPLAINT**

**Judge: Hon. James Donato**

## NOTICE OF WITHDRAWAL

Plaintiff Theya Kanagaratnam hereby respectfully gives notice of the withdrawal of her pending **Motion for Leave to Add Telephone Consumer Protection Act (TCPA) and Rosenthal Fair Debt Collection Practices Act (RFDCPA) to Second Amended Complaint**, originally filed on June 02, 2026 at Docket Number Dkt 72.

Plaintiff is actively clarifying the claims and addressing critical, interlocking post-litigation facts and property actions.  Plaintiff intends to promptly file an integrated Motion for Leave to Amend and Join Parties to present all necessary claims and proposed defendants to this Court in a corrected, consolidated format.

Accordingly, Plaintiff respectfully requests that the Court vacate any scheduled deadlines or hearings associated with the withdrawn motion.

Dated: June 4, 2026

Respectfully submitted,

By: */s/ Theya Kanagaratnam*
_____

Theya Kanagaratnam (Pro Se)
*Plaintiff Pro Se*