Theya Kanagaratnam (Pro Se)
c/o 2316 Lakeshore Avenue, #16
Oakland, California
e-Mail: theyak101@yahoo.com
Phone: 510-356-5776

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Theya Kanagaratnam,

                Plaintiff,

     vs.

Cenlar FSB,

                Defendants

Case No.   3:23-cv-02637-JD

**SECOND AMENDED COMPLAINT FOR FRAUD AND INTENTIONAL MISREPRESENTATION**

**[FRCP 9(b) / Filed in Compliance with Court Order (Dkt. No. 70)]**

**JURY DEMANDED**

Judge:  Hon.  James Donato

**SECOND AMENDED COMPLAINT**

Plaintiff Theya Kanagaratnam, appearing Pro Se, respectfully files this Second Amended Complaint against Defendant Cenlar FSB.

**INTRODUCTION**

1. This Second Amended Complaint is filed in strict compliance with this Court's May 18, 2026 Order (Dkt. No. 70), which dismissed Plaintiff's prior complaint with leave to amend specific counts sounding in fraud.

2. In accordance with the Court's explicit directives and the heightened pleading standards of Federal Rule of Civil Procedure 9(b), Plaintiff sets forth herein the specific "who,

what, when, where, and how" regarding Defendant Cenlar FSB's intentional misrepresentations, fraudulent ledger manipulation, and active concealment of authority.

3. Pursuant to Dkt. No. 70, Plaintiff has completely omitted all claims dismissed with prejudice, including previous claims for negligence, slander of title, violations of the federal Fair Debt Collection Practices Act (FDCPA), and statutory rescission under the Truth in Lending Act (TILA). This action proceeds strictly on Count III, Count IV, and Count VII as authorized by the Court.

## JURISDICTION AND VENUE

4. **Jurisdiction:** This Court retains diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds $75,000, exclusive of interest and costs, and the dispute is between citizens of different states.

5. **Venue:** Venue remains proper in the Northern District of California pursuant to 28 U.S.C. § 1391(b)(2) because the subject real property that forms the basis of this action is located at 2316 Lakeshore Avenue, #16, Oakland, CA 94606, within this judicial district.

## THE PARTIES

6. Plaintiff Theya Kanagaratnam is an individual and a resident of the City of Oakland, County of Alameda, State of California. Plaintiff is the owner affected by the fraudulent actions of the Defendant.

7. Defendant Cenlar FSB is a federal savings bank with its principal corporate headquarters located in Ewing, New Jersey. Defendant acts as a mortgage loan servicer doing business in the State of California and within this judicial district.

## GENERAL ALLEGATIONS

8. Plaintiff realleges and incorporates Paragraphs 1 through 7 as though fully set forth herein.

**COUNT III: FRAUD AND INTENTIONAL MISREPRESENTATION**

**(As Authorized by Court Order Dkt. No. 70)**

9. **THE WHO:** Defendant Cenlar FSB, acting by and through its corporate accounting departments, authorized agents, and automated billing infrastructure.

10. **THE WHAT:** Defendant intentionally fabricated a false, deceptive, and mathematically impossible loan ledger designed to extort unearned funds from Plaintiff and deceptively manipulate asset values. As chronologically documented in **Plaintiff's Exhibits A-0 through A-4** (the April 2025 and January through April 2026 Monthly Billing Statements), Defendant transmitted an intentionally altered accounting structure following Plaintiff's contract validation demand.

11. **THE WHEN AND WHERE:** The fraudulent ledger manipulation occurred between January 2026 and April 2026, through automated billing systems and monthly statements sent directly to Plaintiff's residence, with specific deceptive modifications executed immediately following late February 2026.

**THE TIMELINE OF RETALIATORY LEDGER MANIPULATION**

12. **HOW:** As established by Plaintiff's Exhibit A-0, Defendant carried a consistent junior loan principal balance of exactly $59,193.78 as far back as April 2025. This balance remained stagnant and unchanged through Exhibit A-1 (January 2026 Statement) and Exhibit A-2 (February 2026 Statement). Following a purported senior foreclosure sale on September 16, 2025, which Plaintiff

witnessed in person to have zero third-party bidders, the auctioneer was preparing to close the session.  And minutes before his allocated time to conduct the auction that day expired, at that exact moment, pursuant to most-likely a pre-planned arrangement, the foreclosure trustee, MTC Financial Inc. dba Trustee Corps, contacted the auctioneer via phone and instructed him that the property was being sold directly to the junior lienholder. Defendant Cenlar FSB subsequently caused an unverified "Notice to Occupants: Change in Ownership" to be posted directly onto Plaintiff's door on September 19, 2025 (Plaintiff's Exhibit K), demanding rent. On September 20, 2025, Defendant's retained real estate agent, Tabia Berry of Corcoran Icon Properties, arrived at Plaintiff's residence to persuade Plaintiff into vacating the property in exchange for a nominal cash payment of $500.00. Approximately ten days later, the same agent returned to Plaintiff's door, to persuade Plaintiff with a greater offer of increasing the cash-for-keys offer to $5,000.00 to force an immediate vacancy. Plaintiff's Exhibit D subsequently confirms that the junior lienholder, Citibank N.A., successfully intercepted $84,445.66 in excess auction surplus cash in October 2025. Despite the purported extinguishment of the junior interest, Defendant Cenlar FSB continued to issue deceptive, ongoing monthly mortgage statements demanding standard payments. In late February 2026, Plaintiff served Defendant with a formal Contract Validation Demand exposing this contradictory double-recovery scheme. Within three to four (3–4) days of receipt, Defendant altered its internal software records.

As shown in Exhibit A-3 (March 2026 Statement), Defendant abruptly slashed the represented Principal Balance from $59,193.78 down to exactly $0.01. Defendant executed this alteration to deceptively manipulate its risk ledger upon realizing it was engaged in an illegal debt collection loop, while simultaneously maintaining active, predatory collection scripts to demand skyrocketing past-due fee balances that are mathematically incompatible with a $0.01 principal asset balance.

13. **KNOWLEDGE, INTENT, AND RELIANCE:** Defendant Cenlar FSB made these material misrepresentations with actual knowledge of their falsity. Defendant intended for Plaintiff to rely on these conflicting, fabricated balances and tender payments under the immediate threat of property loss. Plaintiff reasonably relied on her statutory rights to dispute the integrity of the debt, directly suffering severe emotional distress, financial instability, and the clouding of her property title. Plaintiff is therefore entitled to actual, consequential, and punitive damages according to proof.

**COUNT IV: FRAUDULENT CONCEALMENT**

**(As Authorized by Court Order Dkt. No. 70)**

14. Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

15. **THE WHO:** Defendant Cenlar FSB, acting by and through its specialized automated correspondence division, corporate legal departments, and authorized foreclosure operations managers.

16. **THE WHAT:** Defendant actively concealed its lack of lawful authority to demand payments, accelerate the loan, or threaten title actions on the junior Home Equity Line of Credit (HELOC) deed of trust originally executed on October 10, 2006. Defendant

falsely represented itself in writing as a valid agent authorized to enforce the underlying promise to pay.

17. **THE WHEN:** This fraudulent concealment commenced in early 2022 and repeated continuously through monthly billing iterations and written demands sent directly to Plaintiff's residential address.

18. **THE HOW:** Following its assumption of servicing duties in 2019, Defendant executed a continuous, aggressive, automated predatory campaign to collect. Between January 11, 2021, and February 18, 2023, Defendant actively flooded Plaintiff's personal phone line with a relentless barrage of hundreds of excessive, automated collection calls, sometimes even three times a day within a window of three hours. Concurrently, Defendant launched ongoing, automated accounting demands through the United States Mail, claiming to be an authorized agent with the active legal right to accelerate the debt and threaten title actions against the real property located at 2316 Lakeshore Avenue, #16, Oakland, CA 94606. Defendant intentionally utilized its corporate status under the judicially noticed 2006 Deed of Trust (Dkt. No. 70, FN 1) to issue these deceptive billing iterations **while actively concealing that the underlying junior debt obligation was ultimately legally altered and structurally extinguished when its principal, Citibank N.A., successfully claimed and intercepted $84,445.66 in excess auction surplus cash following the irregular, pre-arranged senior foreclosure transactions (Plaintiff's Exhibit D). Defendant executed this scheme knowing it lacked the contractual or legal capacity to collect standard monthly payment terms on an extinguished asset.**

19. **INTENT AND DAMAGE:** Defendant Cenlar FSB executed this continuous campaign of accounting concealment and automated phone harassment with the explicit intent to deceive Plaintiff, force her into financial instability, and extort unearned funds under the immediate, implied threat that she would lose her primary place of residence. Plaintiff reasonably relied on her statutory rights to a lawful, unclouded title and a transparent debt accounting, directly resulting in severe out-of-pocket economic harm, profound emotional distress, and the ongoing clouding of her property interest.

**COUNT VII: FRAUD AND INTENTIONAL MISREPRESENTATION (UNDER THE DEED TERMS)**
**(As Authorized by Court Order Dkt. No. 70)**

20. Plaintiff realleges and incorporates all prior paragraphs as though fully set forth herein.

21. **THE WHO:** Defendant Cenlar FSB, acting by and through its senior mortgage accounting divisions, escrow supervisors, and corporate collections agents.

22. **THE WHAT:** Defendant intentionally breached and manipulated the mandatory accounting parameters established under the judicially noticed 2006 Deed of Trust (Dkt. No. 70, FN 1) by fabricating unearned fees and misleading interest allocations to construct a fraudulent equity-stripping ledger.

23. **THE WHEN:** Starting in early 2022 and repeating monthly through April 2026, delivered via monthly mortgage statements and billing notices to Plaintiff's residence.

24. **THE HOW:** As acknowledged by this Court (Dkt. No. 70, FN 1), the underlying Deed of Trust is a binding matter of judicial record. Under the express covenant terms of that

specific document, any payments or account allocations were required to follow strict mathematical parameters. Furthermore, pursuant to the express terms of the underlying 2006 Home Equity Line of Credit (HELOC) contract, Plaintiff's contractual draw period permanently **expired by its own terms** after exactly ten (10) years, completely terminating all available credit capacity.

25. Defendant intentionally violated and manipulated these mandatory contract parameters by allowing its automated collection scripts to remain active on an expired, closed line of credit. Defendant fabricated tens of thousands of dollars in unearned fees, escrow penalties, and runaway interest adjustments on a repayment account that it simultaneously valued at a remaining principal balance of exactly $0.01. It is a mathematical, contractual, and legal impossibility to accrue escalating "past due" fee demands on a contractually expired draw account with a principal balance of one penny. Defendant utilized this fabricated equity-stripping ledger to generate an unconscionable, fictional debt trajectory via the United States Mail to extort funds from the Plaintiff.

20. **INTENT AND DAMAGE:** Defendant Cenlar FSB executed this accounting fraud with the explicit intent to deceive Plaintiff, force her into financial instability, and illegally strip the equity out of her primary residence. As a direct result of Defendant's deceptive contract manipulation, Plaintiff has suffered severe out-of-pocket economic harm, profound emotional distress, and the ongoing clouding of her property title, entitling her to actual, consequential, and punitive damages according to proof at trial.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff Theya Kanagaratnam respectfully requests that this Court enter judgment in her favor and against Defendant Cenlar FSB, awarding the following relief:

      a)    For actual, compensatory, and consequential damages according to proof at trial;

      b)    For punitive and exemplary damages resulting from Defendant's intentional, oppressive, and fraudulent acts pursuant to California Civil Code § 3294;

      c)    For a judicial declaration that Defendant's $0.01 principal accounting ledger and associated fee tracking are fraudulent and legally void;

      d)    For an award of reasonable out-of-pocket costs incurred in maintaining this action; and

      e)    For such other and further relief as this Court deems just, equitable, and proper.

DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Theya Kanagaratnam hereby demands a trial by jury on all issues and counts so triable in this action.

Dated: June 4, 2026                    Respectfully submitted,

                                        By: /s/ Theya Kanagaratnam

                                        Theya Kanagaratnam,
                                        Pro Se

**INDEX OF EXHIBITS**

| Exhibit Label | Document Description |
|---|---|
| **EXHIBIT A-0 through A-4** | Defendant Cenlar FSB's Monthly Mortgage Billing Statements (April 2025, and January through April 2026) demonstrating the fraudulent junior loan principal balance manipulation from $59,193.78 down to exactly $0.01 while maintaining predatory past-due fee demands. |
| **EXHIBIT D** | Trustee Sale Notice of Intent to Distribute Surplus Proceeds from Steele LLP confirming that the junior lienholder, Citibank N.A., successfully claimed and intercepted $84,445.66 in excess auction surplus cash to exhaust the funds. |
| **EXHIBIT K** | The "Important Notice to Occupants: Change in Ownership" posted directly onto Plaintiff's residential door on September 19, 2025, admitting the property is being serviced by Cenlar FSB. |

PLAINTIFF'S EXHIBIT A-0

**Home Equity Line of Credit Statement**

## CENLAR®
### CENTRAL LOAN ADMINISTRATION & REPORTING

Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.

PO Box 77404
Ewing, NJ 08628
Toll Free: 855-839-6253
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Date: | 04/29/25 |
| Account Number: | 4774041794 |
| Payment Due Date: | 05/23/25 |
| **Amount Due:** | **$42,617.07** |

*IF PAYMENT IS RECEIVED AFTER 06/11/25, A $44.16 LATE CHARGE WILL BE ASSESSED

2-836-FMV86-0000517-001-1-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA 94606-1055

Mail Payments To:   Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

loanadministration.com

---

Property Address:   2316 LAKESHORE AV 16 16
OAKLAND, CA 94606

### Account Information

| | |
|---|---|
| Available Credit: | $0.00 |
| Credit Limit: | $100,000.00 |
| Statement Closing Date: | 04/29/25 |
| Principal Balance as of 04/29/25: | $59,193.78 |
| Escrow Balance: | $0.00 |
| Maturity Date: | 10/2036 |

**Loan Set Up on Automatic Payment/ACH * NO**
If your account is set up on Automatic Payment/ACH as indicated above, your account will draft the amount required to satisfy your monthly payment (no more than the Total Amount Due listed below).

| | |
|---|---|
| **Current Payment Amount Due on 05/23/25** | **$1,495.56** |
| Past Due Amount | $41,121.51 |
| **Total Amount Due:** | **$42,617.07** |

### How We Arrived at Your Balance

| Previous Balance | (+)Advances & Charges | (-) Payments & Credits | (+) FINANCE CHARGES | (+)(-) Credit/debit Adjustments | New Balance This is Not a Payoff Amount |
|---|---|---|---|---|---|
| $77,966.69 | $0.00 | $0.00 | $409.50 | $0.00 | $78,376.19 |

### Activity Since Your Last Statement (03/29/25 to 04/29/25) - To avoid additional finance charges, pay the new balance before 04/29/25

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/31/25 | 03/31/25 | FEE - PROPERTY INSPECT | $20.00 | $0.00 | $0.00 | $20.00 | $0.00 | $0.00 |

### Finance Charges

| Interest Adjustment Details | Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic Finance Charges* |
|---|---|---|---|---|---|---|
| | 001 | 32 | $59,193.78 | 0.0219178% | 8.00000% | $415.17 |

### Important Messages - See Reverse Side For Additional Important Information

Continued on next page

---

THEYA KANAGARATNAM
OAKLAND CA 94606-1055

Please return this portion with your payment

☐ Check this box if personal information has been completed on reverse side

| | | |
|---|---|---|
| Payment Due Date: | 05/23/25 | L4 |
| Current Payment: | $1,495.56 | |
| Past Due Payment: | $41,121.51 | |
| **TOTAL AMOUNT NOW DUE:** | **$42,617.07** | |
| Late Charge Amt: | $44.16 | |
| After 06/11/25 Pay: | $42,661.23 | |

**Equity Line Payment Coupon**

**Loan Number:   4774041794**

**THEYA KANAGARATNAM**

Make checks payable to:

Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

030000047740417940L4KW72000000426170700000042617070000004261707000000004416

**Important Information**
**Please Read Carefully**

**Payment Instructions:**
Avoid paying late charges. Payments are due and payable by the date shown on your coupon. To ensure prompt and accurate payment credit please:
1. Remove the coupon from the bottom of your billing statement and send it along with your check or money order to the address shown on the front of this statement.
2. Print your account number on your check or money order.
3. **Do not send cash. Do not include correspondence with your payment.**
4. We reserve the right to redeposit checks. Returned check fees will be charged unless prohibited by law. The amount of the fee is based on the loan type and state law.

**Automatic Payments (ACH)**
We offer a convenient service that automatically debits your payments each month from your checking or savings account. To take advantage of the FREE service, please contact Customer Service at the number provided on the front of this statement or login to your online account for more information on how to register.
If you use a third party bill payer please direct the payment to: **Central Loan Administration & Reporting**
**PO Box 54040, Los Angeles, CA 90054-0040**
**For Express Mail only send payments to: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618**
**Pay by Phone: Please call the Customer Service Telephone Number on the front of this statement.**
**Website Payments: Please go to the web address on the front of this statement.**
**Electronic Debit -** When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account or process the payment as a check transaction. Your checking account may be debited as soon as the same day we receive your payment.
**Important Credit Reporting Notification -** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**Important Notice -** We may be attempting to collect a debt and any information obtained will be used for that purpose. We may assess return check fees consistent with the laws of your state and your mortgage contract on all check returned unpaid by your financial institution. Additionally, we may charge a fee for processing payoff requests.
**Credit Refund -** You have a right to receive a refund of your credit balance. If you want a refund write to us at the correspondence address or telephone us at the telephone number on the front of this statement.

**Payoff Requests:**
Please note that we require an AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form be completed and signed by all borrowers on the account before a payoff can be processed. The AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form, which is included with the payoff statement, indicates your intent to pay-off and close your Home Equity Line of Credit (HELOC). Please note, a payoff statement preparation fee may apply, if permitted by applicable state law. The easiest way for you to receive a payoff statement is to call 877-7PAYOFF (877-772-9633). Please have your account number, social security number, and payoff date available. No verbal payoff information can be provided. You may also request a payoff statement online that will be available in the document center within 24 hours, or you may speak to a live chat representative between 8:30 AM to 8:00 PM ET, M-F. If your intent is to simply pay down your Home Equity Line of Credit and not close out the account, you may request a zero-balance quote by contacting Customer Service at the number shown on the reverse side of this statement.

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**
If you think your bill is incorrect or you need more information about a transaction on your bill, write to us at PO Box 77423, Ewing, NJ 08628 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but, doing so will not preserve your rights. In your letter provide the following information:
- Your name and account number;
- The dollar amount of the suspected error;
- A description of the error explaining, if you can, why you believe there is an error. If you need more information, describe the item you are unsure of.

You do not have to pay any amount in question while we are investigating but; you are still obligated to pay the part of your bill that is not in question. While we investigate your request we cannot report you as delinquent or take any action to collect the amount that you are questioning. You may direct your billing inquiries to the correspondence address listed on the front of this statement.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING. THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

Servicemembers Civil Relief Act (SCRA): Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:** All Home Equity Lines of Credit are required to have adequate insurance coverage in force at all times. If the property is situated in a "special flood hazard area' this includes flood insurance. Unless specifically indicated in your Home Equity Line of Credit closing document, payments of all insurance premiums is the responsibility of the homeowner. Acceptable dwelling insurance coverage amounts are equal to the lesser of the unpaid principal balance or 100% of the replacement of the improvements, subject to applicable law. Please consult your insurance agent to determine the adequacy of your coverage.

**Property Taxes:** All Home Equity Lines of Credit require the borrower to ensure that all property taxes are paid and current at all times. This includes, but is not limited to, supplemental, interim, per capita, personal property or other taxes associated with the property. Unless specifically indicated in your Home Equity Line of credit closing documents, payment of all property taxes is the responsibility of the homeowner. Failure to pay these bills in a timely manner could result in tax penalties.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us by calling the customer service number located on the front of this statement, so that our records can be updated.

**\*Important Information Concerning Your Account:** The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. Be advised that the Current Minimum Payment section of this statement is the minimum amount required to advance forward the due date on your loan. This amount may not include certain charges that are still owed, but not currently required for the current month's payment due. **If your loan has an adjustable rate feature, the periodic rate(s) may vary.**

**Qualified Written Requests:**
You have certain rights under federal law related to resolving errors and requesting information about your account. You may learn more about your rights by contacting us. For information on qualified written requests, notification of error, or requests for information concerning your loan, please log in to your account and navigate to the Qualified Written Request tile on the Dashboard.

If you have a change in mailing address, please complete the form below and have it signed by all parties on the account. In addition to the completed form, you must provide a copy of a government issued identification card, such as a driver's license, passport, or military ID. Please mail these documents to Central Loan Administration & Reporting, Attn: HELOC Department, 425 Phillips Blvd., Ewing, NJ 08618:
Loan Number: _____

| | |
|---|---|
| Borrower Name - Printed | Co-Borrower Name - Printed |
| Borrower Name - Signature | Co-Borrower Name - Signature |
| Current Mailing Address | |
| New Mailing Address | |
| Primary Phone Number | Secondary Phone Number |
| E-Mail Address | |

*Thank You
For Your Business
Throughout The
Year!*

2-836-FMV86-0000517-001-2-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA  94606-1055

Account Number:    4774041794



**Finance Charges**

| Interest Adjustment Details | Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic Finance Charges* |
|---|---|---|---|---|---|---|
| | 001 | 13 | $0.00 | 0.0218579% | 8.00000% | ($5.26) |
| | 001 | 1 | $0.00 | 0.0219178% | 8.00000% | ($0.41) |

**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING

Persons who are deaf, hard of hearing,
or have limited speech may dial TTY 711.

PO Box 77404
Ewing, NJ 08628
Toll Free: 855-839-6253
**STATEMENT ENCLOSED**

0-836-HRK15-0000465-001-1-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA 94606-1055

**Home Equity Line Statement**

| | |
|---|---|
| Statement Closing Date: | 01/29/26 |
| Payment Due Date: | 02/23/26 |
| Loan Number: | 4774041794 |

| Item Description | Amount |
|---|---|
| Available Credit: | $0.00 |
| Credit Limit: | $100,000.00 |
| Principal Balance: | $59,193.78 |
| Escrow Balance: | $0.00 |
| **Payment Information** | |
| Payment Amount: | $1,439.20 |
| Past Due: | $48,503.92 |
| Total Amount Now Due: | $49,943.12 |

If payment is received after 03/14/26, $40.77 late fee will be charged.

Property Address:    2316 LAKESHORE AV 16 16
OAKLAND, CA 94606

Mail Payments To:    Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

Web Address:    loanadministration.com

## How We Arrived at Your New Balance

| Previous Balance | (+)Advances & Charges | (-) Payments & Credits | (+) FINANCE CHARGES | (+)(-) Credit/Debit Adjustments | New Balance This is Not a Payoff Amount |
|---|---|---|---|---|---|
| $81,467.65 | $0.00 | $0.00 | $364.48 | $0.00 | $81,832.13 |

## Important Messages

**Loan Set Up on Automatic Payment/ACH * NO**
*If your account is set up on Automatic Payment/ACH as indicated above, your account will continue to draft as scheduled.

## Activity Since Your Last Statement (12/30/25 to 01/29/26)

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 01/23/26 | 01/23/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($115.50) | $0.00 |
| 001 | 01/23/26 | 01/23/26 | ADJUSTMENT TRANSACTION | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 01/23/26 | 01/23/26 | FEE - CITI INEL INS | $115.50 | $0.00 | $0.00 | $115.50 | $0.00 | $0.00 |
| 001 | 01/22/26 | 01/22/26 | ESC ADVANCE | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 01/22/26 | 01/22/26 | HAZARD INSURANCE | ($115.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

------------------- FINANCE CHARGES -------------------

| Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic FINANCE CHARGES* |
|---|---|---|---|---|---|
| 001 | 31 | $59,193.78 | 0.0198630% | 7.25000% | $364.48 |

*Important Information Concerning Your Account: The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

**See Reverse Side For Additional Important Information**

THEYA KANAGARATNAM
OAKLAND CA 94606-1055

Please return this portion with your payment

☐ Check this box if personal information has been completed on reverse side

| | | |
|---|---|---|
| Payment Due Date: | 02/23/26 | L4 |
| Current Payment: | $1,439.20 | |
| Past Due Payment: | $48,503.92 | |
| **TOTAL AMOUNT NOW DUE:** | **$49,943.12** | |
| Late Charge Amt: | $40.77 | |
| After 03/14/26 Pay: | $49,983.89 | |

**Equity Line Payment Coupon**

**Loan Number:    4774041794**

**THEYA KANAGARATNAM**

Make checks payable to:

Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

03000004774041794 00L4YX820000049943120000499431200004994312000000004077

**Important Information**
**Please Read Carefully**

**Payment Instructions:**
Avoid paying late charges. Payments are due and payable by the date shown on your coupon. To ensure prompt and accurate payment credit please:
1. Remove the coupon from the bottom of your billing statement and send it along with your check or money order to the address shown on the front of this statement.
2. Print your account number on your check or money order.
3. **Do not send cash. Do not include correspondence with your payment.**
4. We reserve the right to redeposit checks. Returned check fees will be charged unless prohibited by law. The amount of the fee is based on the loan type and state law.

**Automatic Payments (ACH)**
We offer a convenient service that automatically debits your payments each month from your checking or savings account. To take advantage of the FREE service, please contact Customer Service at the number provided on the front of this statement or login to your online account for more information on how to register.
If you use a third party bill payer please direct the payment to: **Central Loan Administration & Reporting**
**PO Box 54040, Los Angeles, CA 90054-0040**
**For Express Mail only send payments to: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618**
**Pay by Phone: Please call the Customer Service Telephone Number on the front of this statement.**
**Website Payments: Please go to the web address on the front of this statement.**
**Electronic Debit -** When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account or process the payment as a check transaction. Your checking account may be debited as soon as the same day we receive your payment.
**Important Credit Reporting Notification -** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**Important Notice -** We may be attempting to collect a debt and any information obtained will be used for that purpose. We may assess return check fees consistent with the laws of your state and your mortgage contract on all check returned unpaid by your financial institution. Additionally, we may charge a fee for processing payoff requests.
**Credit Refund -** You have a right to receive a refund of your credit balance. If you want a refund write to us at the correspondence address or telephone us at the telephone number on the front of this statement.

**Payoff Requests:**

Please note that we require an AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form be completed and signed by all borrowers on the account before a payoff can be processed. The AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form, which is included with the payoff statement, indicates your intent to pay-off and close your Home Equity Line of Credit (HELOC). Please note, a payoff statement preparation fee may apply, if permitted by applicable state law. The easiest way for you to receive a payoff statement is to call 877-7PAYOFF (877-772-9633). Please have your account number, social security number, and payoff date available. No verbal payoff information can be provided. You may also request a payoff statement online that will be available in the document center within 24 hours, or you may speak to a live chat representative between 8:30 AM to 8:00 PM ET, M-F. If your intent is to simply pay down your Home Equity Line of Credit and not close out the account, you may request a zero-balance quote by contacting Customer Service at the number shown on the reverse side of this statement.

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**
If you think your bill is incorrect or you need more information about a transaction on your bill, write to us at PO Box 77423, Ewing, NJ 08628 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but, doing so will not preserve your rights. In your letter provide the following information:
- Your name and account number;
- The dollar amount of the suspected error;
- A description of the error explaining, if you can, why you believe there is an error. If you need more information, describe the item you are unsure of.

You do not have to pay any amount in question while we are investigating but; you are still obligated to pay the part of your bill that is not in question. While we investigate your request we cannot report you as delinquent or take any action to collect the amount that you are questioning. You may direct your billing inquiries to the correspondence address listed on the front of this statement.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING. THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

**Servicemembers Civil Relief Act (SCRA):** Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:** All Home Equity Lines of Credit are required to have adequate insurance coverage in force at all times. If the property is situated in a "special flood hazard area' this includes flood insurance. Unless specifically indicated in your Home Equity Line of Credit closing document, payments of all insurance premiums is the responsibility of the homeowner. Acceptable dwelling insurance coverage amounts are equal to the lesser of the unpaid principal balance or 100% of the replacement of the improvements, subject to applicable law. Please consult your insurance agent to determine the adequacy of your coverage.

**Property Taxes:** All Home Equity Lines of Credit require the borrower to ensure that all property taxes are paid and current at all times. This includes, but is not limited to, supplemental, interim, per capita, personal property or other taxes associated with the property. Unless specifically indicated in your Home Equity Line of credit closing documents, payment of all property taxes is the responsibility of the homeowner. Failure to pay these bills in a timely manner could result in tax penalties.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us by calling the customer service number located on the front of this statement, so that our records can be updated.

**\*Important Information Concerning Your Account:** The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. Be advised that the Current Minimum Payment section of this statement is the minimum amount required to advance forward the due date on your loan. This amount may not include certain charges that are still owed, but not currently required for the current month's payment due. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

**Qualified Written Requests:**

You have certain rights under federal law related to resolving errors and requesting information about your account. You may learn more about your rights by contacting us. For information on qualified written requests, notification of error, or requests for information concerning your loan, please log in to your account and navigate to the Qualified Written Request tile on the Dashboard.

---

If you have a change in mailing address, please complete the form below and have it signed by all parties on the account. In addition to the completed form, you must provide a copy of a government issued identification card, such as a driver's license, passport, or military ID. Please mail these documents to Central Loan Administration & Reporting, Attn: HELOC Department, 425 Phillips Blvd., Ewing, NJ 08618:
Loan Number: _____

Borrower Name - Printed          Co-Borrower Name - Printed

Borrower Name - Signature        Co-Borrower Name - Signature

Current Mailing Address

New Mailing Address

Primary Phone Number             Secondary Phone Number

E-Mail Address

*Thank You For Your Business Throughout The Year!*

PLAINTIFF'S EXHIBIT A-2

# Home Equity Line Statement

**CENLAR**
CENTRAL LOAN ADMINISTRATION & REPORTING

Persons who are deaf, hard of hearing,
or have limited speech may dial TTY 711.

PO Box 77404
Ewing, NJ 08628
Toll Free: 855-839-6253
**STATEMENT ENCLOSED**

| Statement Closing Date: | 02/27/26 |
|---|---|
| Payment Due Date: | 03/23/26 |
| Loan Number: | 4774041794 |

2-836-HWL25-0002643-001-1-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA 94606-1055

| Item Description | Amount |
|---|---|
| Available Credit: | $0.00 |
| Credit Limit: | $100,000.00 |
| Principal Balance: | $59,193.78 |
| Escrow Balance: | $0.00 |
| **Payment Information** | |
| Payment Amount: | $1,421.37 |
| Past Due: | $49,298.99 |
| Total Amount Now Due: | $50,720.36 |

*If payment is received after 04/11/26, $39.70 late fee will be charged.*

Property Address: 2316 LAKESHORE AV 16 16
OAKLAND, CA 94606

Mail Payments To: Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

Web Address: loanadministration.com

## How We Arrived at Your New Balance

| Previous Balance | (+)Advances & Charges | (-) Payments & Credits | **(+) FINANCE CHARGES** | (+)(-) Credit/Debit Adjustments | New Balance This is Not a Payoff Amount |
|---|---|---|---|---|---|
| $81,832.13 | $0.00 | $0.00 | $340.98 | $0.00 | $82,173.11 |

## Important Messages

**Loan Set Up on Automatic Payment/ACH * NO**
*If your account is set up on Automatic Payment/ACH as indicated above, your account will continue to draft as scheduled.

## Activity Since Your Last Statement (01/30/26 to 02/27/26)

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 02/09/26 | 02/09/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($115.50) | $0.00 |
| 001 | 02/09/26 | 02/09/26 | ADJUSTMENT TRANSACTION | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 02/09/26 | 02/09/26 | FEE - CITI INEL INS | $115.50 | $0.00 | $0.00 | $115.50 | $0.00 | $0.00 |
| 001 | 02/06/26 | 02/06/26 | ESC ADVANCE | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 02/06/26 | 02/06/26 | HAZARD INSURANCE | ($115.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

------------------ FINANCE CHARGES ------------------

| Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic FINANCE CHARGES* |
|---|---|---|---|---|---|
| 001 | 29 | $59,193.78 | 0.0198630% | 7.25000% | $340.98 |

*__Important Information Concerning Your Account:__ The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. __If your loan has an adjustable rate feature, the periodic rate(s) may vary.__

## See Reverse Side For Additional Important Information

THEYA KANAGARATNAM
OAKLAND CA 94606-1055

Please return this portion with your payment

☐ Check this box if personal information has been completed on reverse side

| Payment Due Date: | 03/23/26 | L4 |
|---|---|---|
| Current Payment: | $1,421.37 | |
| Past Due Payment: | $49,298.99 | |
| **TOTAL AMOUNT NOW DUE:** | **$50,720.36** | |
| Late Charge Amt: | $39.70 | |
| After 04/11/26 Pay: | $50,760.06 | |

**Equity Line Payment Coupon**

**Loan Number: 4774041794**

**THEYA KANAGARATNAM**

Make checks payable to:

Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

0300000477404179400L4YX820000050720360000050720360000050720360000003970

**Important Information**
**Please Read Carefully**

**Payment Instructions:**
Avoid paying late charges. Payments are due and payable by the date shown on your coupon. To ensure prompt and accurate payment credit please:
1. Remove the coupon from the bottom of your billing statement and send it along with your check or money order to the address shown on the front of this statement.
2. Print your account number on your check or money order.
3. **Do not send cash. Do not include correspondence with your payment.**
4. We reserve the right to redeposit checks. Returned check fees will be charged unless prohibited by law. The amount of the fee is based on the loan type and state law.

**Automatic Payments (ACH)**
We offer a convenient service that automatically debits your payments each month from your checking or savings account. To take advantage of the FREE service, please contact Customer Service at the number provided on the front of this statement or login to your online account for more information on how to register.
If you use a third party bill payer please direct the payment to: **Central Loan Administration & Reporting**
**PO Box 54040, Los Angeles, CA 90054-0040**
**For Express Mail only send payments to: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618**
**Pay by Phone: Please call the Customer Service Telephone Number on the front of this statement.**
**Website Payments: Please go to the web address on the front of this statement.**
**Electronic Debit -** When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account or process the payment as a check transaction. Your checking account may be debited as soon as the same day we receive your payment.
**Important Credit Reporting Notification -** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**Important Notice -** We may be attempting to collect a debt and any information obtained will be used for that purpose. We may assess return check fees consistent with the laws of your state and your mortgage contract on all check returned unpaid by your financial institution. Additionally, we may charge a fee for processing payoff requests.
**Credit Refund -** You have a right to receive a refund of your credit balance. If you want a refund write to us at the correspondence address or telephone us at the telephone number on the front of this statement.

**Payoff Requests:**
Please note that we require an AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form be completed and signed by all borrowers on the account before a payoff can be processed. The AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form, which is included with the payoff statement, indicates your intent to pay-off and close your Home Equity Line of Credit (HELOC). Please note, a payoff statement preparation fee may apply, if permitted by applicable state law. The easiest way for you to receive a payoff statement is to call 877-7PAYOFF (877-772-9633). Please have your account number, social security number, and payoff date available. No verbal payoff information can be provided. You may also request a payoff statement online that will be available in the document center within 24 hours, or you may speak to a live chat representative between 8:30 AM to 8:00 PM ET, M-F. If your intent is to simply pay down your Home Equity Line of Credit and not close out the account, you may request a zero-balance quote by contacting Customer Service at the number shown on the reverse side of this statement.

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**
If you think your bill is incorrect or you need more information about a transaction on your bill, write to us at PO Box 77423, Ewing, NJ 08628 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but, doing so will not preserve your rights. In your letter provide the following information:
* Your name and account number;
* The dollar amount of the suspected error;
* A description of the error explaining, if you can, why you believe there is an error. If you need more information, describe the item you are unsure of.

You do not have to pay any amount in question while we are investigating but; you are still obligated to pay the part of your bill that is not in question. While we investigate your request we cannot report you as delinquent or take any action to collect the amount that you are questioning. You may direct your billing inquiries to the correspondence address listed on the front of this statement.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING. THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

Servicemembers Civil Relief Act (SCRA): Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:** All Home Equity Lines of Credit are required to have adequate insurance coverage in force at all times. If the property is situated in a "special flood hazard area' this includes flood insurance. Unless specifically indicated in your Home Equity Line of Credit closing document, payments of all insurance premiums is the responsibility of the homeowner. Acceptable dwelling insurance coverage amounts are equal to the lesser of the unpaid principal balance or 100% of the replacement of the improvements, subject to applicable law. Please consult your insurance agent to determine the adequacy of your coverage.

**Property Taxes:** All Home Equity Lines of Credit require the borrower to ensure that all property taxes are paid and current at all times. This includes, but is not limited to, supplemental, interim, per capita, personal property or other taxes associated with the property. Unless specifically indicated in your Home Equity Line of credit closing documents, payment of all property taxes is the responsibility of the homeowner. Failure to pay these bills in a timely manner could result in tax penalties.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us by calling the customer service number located on the front of this statement, so that our records can be updated.

**\*Important Information Concerning Your Account:** The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. Be advised that the Current Minimum Payment section of this statement is the minimum amount required to advance forward the due date on your loan. This amount may not include certain charges that are still owed, but not currently required for the current month's payment due. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

**Qualified Written Requests:**
You have certain rights under federal law related to resolving errors and requesting information about your account. You may learn more about your rights by contacting us. For information on qualified written requests, notification of error, or requests for information concerning your loan, please log in to your account and navigate to the Qualified Written Request tile on the Dashboard.

If you have a change in mailing address, please complete the form below and have it signed by all parties on the account. In addition to the completed form, you must provide a copy of a government issued identification card, such as a driver's license, passport, or military ID. Please mail these documents to Central Loan Administration & Reporting, Attn: HELOC Department, 425 Phillips Blvd., Ewing, NJ 08618:
Loan Number: _____

| | |
|---|---|
| Borrower Name - Printed | Co-Borrower Name - Printed |
| Borrower Name - Signature | Co-Borrower Name - Signature |
| Current Mailing Address | |
| New Mailing Address | |
| Primary Phone Number | Secondary Phone Number |
| E-Mail Address | |

*Thank You For Your Business Throughout The Year!*



**CENLAR®**
CENTRAL LOAN ADMINISTRATION & REPORTING

Persons who are deaf, hard of hearing,
or have limited speech may dial TTY 711.

PO Box 77404
Ewing, NJ 08628
Toll Free: 855-839-6253
**STATEMENT ENCLOSED**

| | |
|---|---|
| Statement Closing Date: | 03/27/26 |
| Payment Due Date: | 04/23/26 |
| Loan Number: | 4774041794 |

| Item Description | Amount |
|---|---|
| Available Credit: | $0.00 |
| Credit Limit: | $100,000.00 |
| Principal Balance: | $0.01 |
| Escrow Balance: | $0.00 |
| **Payment Information** | |
| Payment Amount: | $794.90 |
| Past Due: | $50,101.98 |
| Total Amount Now Due: | $50,896.88 |

*If payment is received after 05/12/26, $5.00 late fee will be charged.*

0-836-IBG93-0001814-001-1-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA 94606-1055

| | |
|---|---|
| Property Address: | 2316 LAKESHORE AV 16 16 |
| | OAKLAND, CA 94606 |

| Mail Payments To: | Central Loan Administration & Reporting |
|---|---|
| | PO Box 54040 |
| | Los Angeles, CA 90054-0040 |
| Web Address: | loanadministration.com |

## How We Arrived at Your New Balance

| Previous Balance | (+)Advances & Charges | (-) Payments & Credits | (+) FINANCE CHARGES | (+)(-) Credit/Debit Adjustments | New Balance This is Not a Payoff Amount |
|---|---|---|---|---|---|
| $82,173.11 | $0.00 | $76,392.93 | $35.27 | ($35.27) | $5,815.45 |

## Important Messages

Loan Set Up on Automatic Payment/ACH * NO
*If your account is set up on Automatic Payment/ACH as indicated above, your account will continue to draft as scheduled.

## Activity Since Your Last Statement (02/28/26 to 03/27/26) Continued on next page

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/17/26 | 03/17/26 | FEE - ATTORNEY COST | $23.00 | $0.00 | $0.00 | $23.00 | $0.00 | $0.00 |
| 001 | 03/17/26 | 03/17/26 | FEE - ATTORNEY COST | $2.75 | $0.00 | $0.00 | $2.75 | $0.00 | $0.00 |
| 001 | 03/06/26 | 03/03/26 | ADDL PRIN | $59,193.77 | $59,193.77 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 03/06/26 | 03/03/26 | ADJUSTMENT TRANSACTION | $17,199.16 | $0.00 | $17,199.16 | $0.00 | $0.00 | $0.00 |
| 001 | 03/05/26 | 03/05/26 | FEE - CIT! INEL INS | $115.50 | $0.00 | $0.00 | $115.50 | $0.00 | $0.00 |
| 001 | 03/05/26 | 03/05/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($115.50) | $0.00 |

-------------------- FINANCE CHARGES --------------------

| Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic FINANCE CHARGES* |
|---|---|---|---|---|---|
| 001 | 3 | $59,193.78 | 0.0198630% | 7.25000% | $35.27 |

*Important Information Concerning Your Account: The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

See Reverse Side For Additional Important Information          Continued on next page

L4

THEYA KANAGARATNAM
OAKLAND CA 94606-1055

Please return this portion with your payment
☐ Check this box if personal information has been completed on reverse side

| Payment Due Date: | 04/23/26 |
|---|---|
| Current Payment: | $794.90 |
| Past Due Payment: | $50,101.98 |
| **TOTAL AMOUNT NOW DUE:** | **$50,896.88** |
| Late Charge Amt: | $5.00 |
| After 05/12/26 Pay: | $50,901.88 |

## Equity Line Payment Coupon

**Loan Number:    4774041794**

**THEYA KANAGARATNAM**

Make checks payable to:

Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA 90054-0040

030000047740417940 0L4YX820000050896880000050896880000050896880000000000500

Important Information
Please Read Carefully

**Payment Instructions:**

Avoid paying late charges. Payments are due and payable by the date shown on your coupon. To ensure prompt and accurate payment credit please:

1. Remove the coupon from the bottom of your billing statement and send it along with your check or money order to the address shown on the front of this statement.
2. Print your account number on your check or money order.
3. **Do not send cash. Do not include correspondence with your payment.**
4. We reserve the right to redeposit checks. Returned check fees will be charged unless prohibited by law. The amount of the fee is based on the loan type and state law.

**Automatic Payments (ACH)**

We offer a convenient service that automatically debits your payments each month from your checking or savings account. To take advantage of the FREE service, please contact Customer Service at the number provided on the front of this statement or login to your online account for more information on how to register.
If you use a third party bill payer please direct the payment to: **Central Loan Administration & Reporting**
**PO Box 54040, Los Angeles, CA 90054-0040**

**For Express Mail only send payments to: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618**
**Pay by Phone: Please call the Customer Service Telephone Number on the front of this statement.**
**Website Payments: Please go to the web address on the front of this statement.**

**Electronic Debit -** When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account or process the payment as a check transaction. Your checking account may be debited as soon as the same day we receive your payment.
**Important Credit Reporting Notification -** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**Important Notice -** We may be attempting to collect a debt and any information obtained will be used for that purpose. We may assess return check fees consistent with the laws of your state and your mortgage contract on all check returned unpaid by your financial institution. Additionally, we may charge a fee for processing payoff requests.
**Credit Refund -** You have a right to receive a refund of your credit balance. If you want a refund write to us at the correspondence address or telephone us at the telephone number on the front of this statement.

**Payoff Requests:**

Please note that we require an AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form be completed and signed by all borrowers on the account before a payoff can be processed. The AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form, which is included with the payoff statement, indicates your intent to pay-off and close your Home Equity Line of Credit (HELOC). Please note, a payoff statement preparation fee may apply, if permitted by applicable state law. The easiest way for you to receive a payoff statement is to call 877-7PAYOFF (877-772-9633). Please have your account number, social security number, and payoff date available. No verbal payoff information can be provided. You may also request a payoff statement online that will be available in the document center within 24 hours, or you may speak to a live chat representative between 8:30 AM to 8:00 PM ET, M-F. If your intent is to simply pay down your Home Equity Line of Credit and not close out the account, you may request a zero-balance quote by contacting Customer Service at the number shown on the reverse side of this statement.

### BILLING RIGHTS SUMMARY
#### In Case of Errors or Questions About Your Bill

If you think your bill is incorrect or you need more information about a transaction on your bill, write to us at PO Box 77423, Ewing, NJ 08628 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but, doing so will not preserve your rights. In your letter provide the following information:

- Your name and account number;
- The dollar amount of the suspected error;
- A description of the error explaining, if you can, why you believe there is an error. If you need more information, describe the item you are unsure of.

You do not have to pay any amount in question while we are investigating but; you are still obligated to pay the part of your bill that is not in question. While we investigate your request we cannot report you as delinquent or take any action to collect the amount that you are questioning. You may direct your billing inquiries to the correspondence address listed on the front of this statement.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING. THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

Servicemembers Civil Relief Act (SCRA): Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:** All Home Equity Lines of Credit are required to have adequate insurance coverage in force at all times. If the property is situated in a "special flood hazard area' this includes flood insurance. Unless specifically indicated in your Home Equity Line of Credit closing document, payments of all insurance premiums is the responsibility of the homeowner. Acceptable dwelling insurance coverage amounts are equal to the lesser of the unpaid principal balance or 100% of the replacement of the improvements, subject to applicable law. Please consult your insurance agent to determine the adequacy of your coverage.

**Property Taxes:** All Home Equity Lines of Credit require the borrower to ensure that all property taxes are paid and current at all times. This includes, but is not limited to, supplemental, interim, per capita, personal property or other taxes associated with the property. Unless specifically indicated in your Home Equity Line of credit closing documents, payment of all property taxes is the responsibility of the homeowner. Failure to pay these bills in a timely manner could result in tax penalties.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us by calling the customer service number located on the front of this statement, so that our records can be updated.

***Important Information Concerning Your Account:** The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. Be advised that the Current Minimum Payment section of this statement is the minimum amount required to advance forward the due date on your loan. This amount may not include certain charges that are still owed, but not currently required for the current month's payment due. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

**Qualified Written Requests:**

You have certain rights under federal law related to resolving errors and requesting information about your account. You may learn more about your rights by contacting us. For information on qualified written requests, notification of error, or requests for information concerning your loan, please log in to your account and navigate to the Qualified Written Request tile on the Dashboard.

---

If you have a change in mailing address, please complete the form below and have it signed by all parties on the account. In addition to the completed form, you must provide a copy of a government issued identification card, such as a driver's license, passport, or military ID. Please mail these documents to Central Loan Administration & Reporting, Attn: HELOC Department, 425 Phillips Blvd., Ewing, NJ 08618:

Loan Number: _____

| | | |
|---|---|---|
| Borrower Name - Printed | Co-Borrower Name - Printed | *Thank You* |
| Borrower Name - Signature | Co-Borrower Name - Signature | *For Your Business* |
| Current Mailing Address | | *Throughout The* |
| New Mailing Address | | *Year!* |
| Primary Phone Number | Secondary Phone Number | |
| E-Mail Address | | |

0-836-IBG93-0001814-001-2-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA  94606-1055

Account Number:    4774041794



## Activity Since Your Last Statement (02/28/26 to 03/27/26)

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 03/05/26 | 03/05/26 | ADJUSTMENT TRANSACTION | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 03/04/26 | 03/04/26 | ESC ADVANCE | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 03/04/26 | 03/04/26 | HAZARD INSURANCE | ($115.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

-------------------- FINANCE CHARGES --------------------

| Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic FINANCE CHARGES* |
|---|---|---|---|---|---|
| 001 | 25 | $0.01 | 0.0198630% | 7.25000% | $0.00 |

PLAINTIFF'S EXHIBIT A-4



**CENLAR®**
CENTRAL LOAN ADMINISTRATION & REPORTING

Persons who are deaf, hard of hearing,
or have limited speech may dial TTY 711.

PO Box 77404
Ewing, NJ 08628
Toll Free: 855-839-6253
**STATEMENT ENCLOSED**

6-836-IGP18-0000451-001-1-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA  94606-1055

## Home Equity Line Statement

| | |
|---|---|
| Statement Closing Date: | 04/29/26 |
| Payment Due Date: | 05/23/26 |
| Loan Number: | 4774041794 |

| Item Description | Amount |
|---|---|
| Available Credit: | $0.00 |
| Credit Limit: | $100,000.00 |
| Principal Balance: | $0.01 |
| Escrow Balance: | $0.00 |
| **Payment Information** | |
| Payment Amount: | $759.63 |
| Past Due: | $79,351.67 |
| Total Amount Now Due: | $80,111.30 |

*If payment is received after 06/11/26, $0.00 late fee will be charged.*

Property Address:  2316 LAKESHORE AV 16 16
OAKLAND, CA 94606

Mail Payments To:    Central Loan Administration & Reporting
PO Box 54040
Los Angeles, CA  90054-0040

Web Address:    loanadministration.com

## How We Arrived at Your New Balance

| Previous Balance | (+)Advances & Charges | (-) Payments & Credits | (+) FINANCE CHARGES | (+)(-) Credit/Debit Adjustments | New Balance This is Not a Payoff Amount |
|---|---|---|---|---|---|
| $5,815.45 | $0.00 | $0.00 | $0.00 | $0.00 | $5,815.45 |

## Important Messages

**Loan Set Up on Automatic Payment/ACH * NO**
*If your account is set up on Automatic Payment/ACH as indicated above, your account will continue to draft as scheduled.

## Activity Since Your Last Statement (03/28/26 to 04/29/26) Continued on next page

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 04/20/26 | 04/20/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($670.88) | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ADJUSTMENT TRANSACTION | $670.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($660.88) | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ADJUSTMENT TRANSACTION | $660.88 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($6,608.85) | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ADJUSTMENT TRANSACTION | $6,608.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

-------------------- FINANCE CHARGES --------------------

| Segment Number | Days | Balance | Periodic Rate | Annual Percentage Rate | Periodic FINANCE CHARGES* |
|---|---|---|---|---|---|
| 001 | 33 | $0.01 | 0.0198630% | 7.25000% | $0.00 |

*Important Information Concerning Your Account: The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

## See Reverse Side For Additional Important Information

THEYA KANAGARATNAM
OAKLAND CA  94606-1055

Please return this portion with your payment

☐ Check this box if personal information has been completed on reverse side

| | |
|---|---|
| Payment Due Date: | 05/23/26 |
| Current Payment: | $759.63 |
| Past Due Payment: | $79,351.67 |
| **TOTAL AMOUNT NOW DUE:** | **$80,111.30** |

L4

**Important Information**
**Please Read Carefully**

**Payment Instructions:**
Avoid paying late charges. Payments are due and payable by the date shown on your coupon. To ensure prompt and accurate payment credit please:
1. Remove the coupon from the bottom of your billing statement and send it along with your check or money order to the address shown on the front of this statement.
2. Print your account number on your check or money order.
3. **Do not send cash. Do not include correspondence with your payment.**
4. We reserve the right to redeposit checks. Returned check fees will be charged unless prohibited by law. The amount of the fee is based on the loan type and state law.

**Automatic Payments (ACH)**
We offer a convenient service that automatically debits your payments each month from your checking or savings account. To take advantage of the FREE service, please contact Customer Service at the number provided on the front of this statement or login to your online account for more information on how to register.
If you use a third party bill payer please direct the payment to: **Central Loan Administration & Reporting**
**PO Box 54040, Los Angeles, CA 90054-0040**
**For Express Mail only send payments to: Payment Processing, 425 Phillips Boulevard, Ewing, NJ 08618**
**Pay by Phone: Please call the Customer Service Telephone Number on the front of this statement.**
**Website Payments: Please go to the web address on the front of this statement.**
**Electronic Debit -** When you provide a check as payment, you authorize us to use information from your check to make a one-time electronic funds transfer from your account or process the payment as a check transaction. Your checking account may be debited as soon as the same day we receive your payment.
**Important Credit Reporting Notification -** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.
**Important Notice -** We may be attempting to collect a debt and any information obtained will be used for that purpose. We may assess return check fees consistent with the laws of your state and your mortgage contract on all check returned unpaid by your financial institution. Additionally, we may charge a fee for processing payoff requests.
**Credit Refund -** You have a right to receive a refund of your credit balance. If you want a refund write to us at the correspondence address or telephone us at the telephone number on the front of this statement.

**Payoff Requests:**
Please note that we require an AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form be completed and signed by all borrowers on the account before a payoff can be processed. The AUTHORIZATION TO CLOSE HOME EQUITY LINE OF CREDIT form, which is included with the payoff statement, indicates your intent to pay-off and close your Home Equity Line of Credit (HELOC). Please note, a payoff statement preparation fee may apply, if permitted by applicable state law. The easiest way for you to receive a payoff statement is to call 877-7PAYOFF (877-772-9633). Please have your account number, social security number, and payoff date available. No verbal payoff information can be provided. You may also request a payoff statement online that will be available in the document center within 24 hours, or you may speak to a live chat representative between 8:30 AM to 8:00 PM ET, M-F. If your intent is to simply pay down your Home Equity Line of Credit and not close out the account, you may request a zero-balance quote by contacting Customer Service at the number shown on the reverse side of this statement.

**BILLING RIGHTS SUMMARY**
**In Case of Errors or Questions About Your Bill**
If you think your bill is incorrect or you need more information about a transaction on your bill, write to us at PO Box 77423, Ewing, NJ 08628 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us but, doing so will not preserve your rights. In your letter provide the following information:

- Your name and account number;
- The dollar amount of the suspected error;
- A description of the error explaining, if you can, why you believe there is an error. If you need more information, describe the item you are unsure of.

You do not have to pay any amount in question while we are investigating but; you are still obligated to pay the part of your bill that is not in question. While we investigate your request we cannot report you as delinquent or take any action to collect the amount that you are questioning. You may direct your billing inquiries to the correspondence address listed on the front of this statement.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING. THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

**Servicemembers Civil Relief Act (SCRA):** Eligible servicemembers and their spouses or civil partners may receive protections under the SCRA. To find out how to determine if you are eligible for protections under SCRA and to receive instructions on how to invoke your rights, please contact us at the number listed.

**Insurance Coverage:** All Home Equity Lines of Credit are required to have adequate insurance coverage in force at all times. If the property is situated in a "special flood hazard area' this includes flood insurance. Unless specifically indicated in your Home Equity Line of Credit closing document, payments of all insurance premiums is the responsibility of the homeowner. Acceptable dwelling insurance coverage amounts are equal to the lesser of the unpaid principal balance or 100% of the replacement of the improvements, subject to applicable law. Please consult your insurance agent to determine the adequacy of your coverage.

**Property Taxes:** All Home Equity Lines of Credit require the borrower to ensure that all property taxes are paid and current at all times. This includes, but is not limited to, supplemental, interim, per capita, personal property or other taxes associated with the property. Unless specifically indicated in your Home Equity Line of credit closing documents, payment of all property taxes is the responsibility of the homeowner. Failure to pay these bills in a timely manner could result in tax penalties.

Any changes made by your tax office to the property covered under this mortgage (i.e. new parcel number, parcel split) must be communicated to us by calling the customer service number located on the front of this statement, so that our records can be updated.

**\*Important Information Concerning Your Account:** The Finance Charge is determined by applying the "Periodic Rate" to the Actual Daily Balance and by adding the Finance Charges for each day in the billing cycle on your account. To calculate the Actual Daily Balance, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and any unpaid Finance Charges. This gives us the Actual Daily Balance. Be advised that the Current Minimum Payment section of this statement is the minimum amount required to advance forward the due date on your loan. This amount may not include certain charges that are still owed, but not currently required for the current month's payment due. *If your loan has an adjustable rate feature, the periodic rate(s) may vary.*

**Qualified Written Requests:**

You have certain rights under federal law related to resolving errors and requesting information about your account. You may learn more about your rights by contacting us. For information on qualified written requests, notification of error, or requests for information concerning your loan, please log in to your account and navigate to the Qualified Written Request tile on the Dashboard.

If you have a change in mailing address, please complete the form below and have it signed by all parties on the account. In addition to the completed form, you must provide a copy of a government issued identification card, such as a driver's license, passport, or military ID. Please mail these documents to Central Loan Administration & Reporting, Attn: HELOC Department, 425 Phillips Blvd., Ewing, NJ 08618:

Loan Number: _____

*Thank You*

6-836-IGP18-0000451-001-2-000-010-000-000

THEYA KANAGARATNAM
2316 LAKESHORE AVE APT 16
OAKLAND CA  94606-1055

Account Number:    4774041794



## Activity Since Your Last Statement (03/28/26 to 04/29/26)

| Segment Number | Tran Date | Effective Date | Description | Total | Principal | Finance Charges | Late Charges Other Fees | Escrow/ Other | Optional Insurance |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 04/20/26 | 04/20/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($6,608.85) | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ADJUSTMENT TRANSACTION | $6,608.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($115.50) | $0.00 |
| 001 | 04/20/26 | 04/20/26 | ADJUSTMENT TRANSACTION | $115.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | FEE - CITI INEL TAX | $670.88 | $0.00 | $0.00 | $670.88 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | FEE - CITI INEL TAX | $660.88 | $0.00 | $0.00 | $660.88 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | FEE - CITI INEL INS | $115.50 | $0.00 | $0.00 | $115.50 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | FEE - CITI INEL TAX | $6,608.85 | $0.00 | $0.00 | $6,608.85 | $0.00 | $0.00 |
| 001 | 04/20/26 | 04/20/26 | FEE - CITI INEL TAX | $6,608.85 | $0.00 | $0.00 | $6,608.85 | $0.00 | $0.00 |
| 001 | 04/17/26 | 04/17/26 | ESC ADVANCE | $14,664.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/17/26 | 04/17/26 | HAZARD INSURANCE | ($115.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/17/26 | 04/17/26 | CITY, UTILITY | ($670.88) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/17/26 | 04/17/26 | CITY, UTILITY | ($660.88) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/17/26 | 04/17/26 | COUNTY TAX | ($6,608.85) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/17/26 | 04/17/26 | COUNTY TAX | ($6,608.85) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/10/26 | 04/10/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($1,331.76) | $0.00 |
| 001 | 04/10/26 | 04/10/26 | ADJUSTMENT TRANSACTION | $1,331.76 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/10/26 | 04/10/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($3,217.71) | $0.00 |
| 001 | 04/10/26 | 04/10/26 | ADJUSTMENT TRANSACTION | $3,217.71 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/10/26 | 04/10/26 | ESC ADVANCE REF | $0.00 | $0.00 | $0.00 | $0.00 | ($9,999.99) | $0.00 |
| 001 | 04/10/26 | 04/10/26 | ADJUSTMENT TRANSACTION | $9,999.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/10/26 | 04/10/26 | FEE - CITI INEL TAX | $1,331.76 | $0.00 | $0.00 | $1,331.76 | $0.00 | $0.00 |
| 001 | 04/10/26 | 04/10/26 | FEE - CITI INEL TAX | $13,217.70 | $0.00 | $0.00 | $13,217.70 | $0.00 | $0.00 |
| 001 | 04/09/26 | 04/09/26 | ESC ADVANCE | $14,549.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/09/26 | 04/09/26 | CITY, UTILITY | ($1,331.76) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 001 | 04/09/26 | 04/09/26 | COUNTY TAX | ($13,217.70) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

PLAINTIFF'S EXHIBIT D    2

P.O. Box 23159
San Diego, CA 92193-3159

ELECTRONIC RETURN RECEIPT
REQUESTED



71 96900 2484 1018 0216 3

**Mailed On:** 11/26/2025
**ClientID:**    Trustee_000418

Theya Kanagaratnam
2316 Lakeshore Ave., Apt. 16
Oakland, CA 94606

**Order Number:**    0309169-01    ER
**Reference Number:** CA25-000447



# Steele LLP

17272 Red Hill Avenue • Irvine, California 92614 • work: 949.222.1161 • fax • 949.221.9500 • www.SteeleLLP.com

John C. Steele
jsteele@steelellp.com

**Via Certified Mail**

**DATE:** November 25, 2025

**Re:** **Notice of Intent to Distribute Surplus Proceeds**

Trustee Sale No.:        CA08000646-23
Date of Sale:            September 16, 2025
Trustor:                 Theya Kanagaratnam, Theya Kanagaratnam, Vimana FGT (Foreign Grantor Trust)
Property Address:        2316 Lakeshore Ave., Apt. 16, Oakland, CA 94606

Dear Sir/Madam

As you may be aware, a Trustee's Sale of the above-referenced property was duly conducted on September 16, 2025, and resulted in funds in excess of the amount necessary to satisfy the debt owed to the foreclosing beneficiary, plus allowable foreclosure fees and costs. Steele LLP represents the Trustee in the performance of its duty to determine the priority of all claims to the surplus funds.

Notice of the available surplus funds was mailed to all interested parties on or about October 13, 2025, and requested that a written claim to the surplus proceeds be promptly submitted. We received claims from the below-referenced entities and/or individual in the amounts listed below. **The claimant listed below as Item #1 will exhaust the surplus funds**.

| Name of Claimant | Nature of the Claim | Claim Amount |
|---|---|---|
| 1.  Citibank, N.A. | Deed of Trust recorded on 10/10/06 as Instrument No. 2006381619 | $84,445.66 |

We submit this letter to allow you the opportunity to evaluate the claims presented and the preliminary order of priority to the funds as determined by us. If you have any objections to the claims, either in the amount of the submitted claim or our preliminary determination as to the priority of claims, we ask that you submit a written objection setting forth your position for our consideration.

Any objection(s) must be submitted in writing to our office within ten (10) business days of the receipt of this letter. In the event that we are able to confirm the priority of claims, obtain all necessary documentation on the presented claims, and no objection as to the priority of claims is submitted, we intend to fully disburse the surplus funds after fees and costs have been paid. Should a written objection be obtained that cannot reasonably be resolved or reconciled, the funds will be deposited



# Steele LLP

with the court.  In such an event, all impacted claimants will receive written notice of the deposit and must then claim the funds on deposit with the court.

If you have any questions, please do not hesitate to contact us.

Kind regards,

John C. Steele

**PLAINTIFF'S EXHIBIT K**

# KNOWING YOUR OPTIONS

## Important Notice to Occupants: Change in Ownership

Property Address: 2316 Lakeshore Ave #16 Oakland CA 94606

Date of Notice: September 19, 2025

**This property is now being serviced by Cenlar FSB. If you are living in this property, you have several options.** Cenlar FSB has engaged a real estate broker to make you aware of some options that may be available. Please review the information within this notice thoroughly and contact the real estate broker listed below immediately to advise of your intentions.

"If you are military services members on "active duty" or "active services," or a dependent of such a services member you may be entitled to certain legal protections pursuant to the Services members Civil Relief Act (50 USC App. §§ 501-596) (SCRA). If you believe that you may be eligible for such protection, please contact us at our office listed below, within 10 calendar days from the date of this posting."

**You have a right to a court hearing prior to eviction.** If you have questions regarding your rights, you should seek the advice of an attorney – find attorneys in your area at *www.findlegalhelp.org.*

### Option 1: Rent This Property

If you are renting this property, you might have the right to continue living in the property under your existing lease or tenancy, or under applicable state law.

### Option 2: Relocate with Assistance

Renters and former borrowers might be eligible for financial relocation assistance to help cover expenses associated with moving. To qualify, you must:

- ☐ Sign an agreement with Cenlar FSB to move out of the property
- ☐ Leave the property in broom-swept condition before you can receive payment

### Next Steps- Contact Information

Call the real estate broker listed below within 10 days to let us know if you wish to pursue either of the options described above or if you wish to purchase the property. If we do not hear from you within ten (10) days from the date of this notice, we will assume that you are not seeking any of these options, although failure to notify Cenlar FSB within ten (10) days will not result in a waiver of any of your rights.

If you communicate your desire to continue renting, a property manager will evaluate your lease options.

Rent payments due should no longer be sent to the previous owner and should instead be paid to the real estate broker listed below until you are contacted by a property manager.

Real Estate Broker: Tabia Berry – Corcoran Icon Properties

Phone: (510) 388-8847

Email: TabiaBerry@gmail.com