United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEYA KANAGARATNAM,

        Plaintiff,

        v.

CENLAR FSB,

        Defendant.

Case No.  23-cv-02637-JD

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and the second order re dismissal, Dkt. No. 85, judgment is entered against plaintiff Theya Kanagaratnam.

        **IT IS SO ORDERED.**

Dated: July 1, 2026

_____
JAMES DONATO
United States District Judge